IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL C. RUFFIN,

    Plaintiff,

vs.                               CASE NO. 4:09-CV-325-SPM/WCS

ROBIN F. FREEMAN-LOHAN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff, who is pro se, filed an objection (doc. 9). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff objects to the Magistrate Judge's finding that the Defendant, an Assistant State Attorney who prosecuted the Plaintiff in 1997, is absolutely immune from suit under the federal civil rights statutes. In support of his objection, Plaintiff relies on a Florida statute which provides that state agents are

immune from liability except where they acted with malicious purpose or in willful disregard of the rights of others. However, reference to the Florida statute does not alter the fact that under the federal civil rights statutes, which the Plaintiff relies on for jurisdiction in this Court, the Defendant's actions in pursuit of a criminal prosecution are absolutely immune from suit. As the Plaintiff's federal claims must be dismissed for reason of immunity, the Court declines to exercise supplemental jurisdiction over the remaining state law claim.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 8) is *adopted* and incorporated by reference into this order.
2. This case is *dismissed*.
3. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

DONE AND ORDERED this <u>twentieth</u> day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge